### DONALD GEORGE WATERFIELD v. STATE OF FLORIDA

22 So. (2nd) 224            January Term, 1945
May 18, 1945            Division B

*C. N. Sells,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

### F. S. WHEELER, et al., v. WALTER R. TREFTZ

22 So. (2nd) 224            January Term, 1945
May 22, 1945            Division B

*Carey & Harrison* and *C. I. Carey,* for appellant.

*Clair A. Davis,* for appellee.

PER CURIAM:

The decree of the court below was accompanied by a clear and cogent opinion which we deem to be sound and correct, rendering unnecessary any opinion by this Court. The decree is accordingly

Affirmed.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, ADAMS and SEBRING, JJ., concur.

THOMAS, J., dissents.